```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 03246
   CARMINA P RUPERT
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-1073


--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 02/24/2007 and was confirmed 07/16/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was converted to chapter 7 after confirmation 09/05/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------------
AMERICAN GENERAL FINANCE   SECURED             800.00           3.17         101.89
AMERICAN GENERAL FINANCE   UNSECURED      NOT FILED              .00            .00
CHASE AUTO FINANCE         SECURED VEHIC        .00              .00            .00
CHASE MANHATTAN MTG CORP   CURRENT MORTG        .00              .00            .00
CHASE MANHATTAN MORTGAGE   CURRENT MORTG        .00              .00            .00
CHASE MANHATTAN MTG CORP   MORTGAGE ARRE        .00              .00            .00
CHASE MANHATTAN MORTGAGE   MORTGAGE ARRE        .00              .00            .00
COOK COUNTY TREASURER      SECURED           1550.00             .00         210.00
GMAC                       SECURED NOT I        .00              .00            .00
AT&T                       UNSECURED      NOT FILED              .00            .00
CAPITAL ONE                UNSECURED          509.52             .00            .00
CITY OF CHICAGO WATER DE   UNSECURED      NOT FILED              .00            .00
COMMONWEALTH EDISON        UNSECURED         1700.13             .00            .00
WEBSTER DENTAL CHICAGO     UNSECURED      NOT FILED              .00            .00
PEOPLES GAS LIGHT & COKE   UNSECURED         1550.18             .00            .00
RESMAE MORTGAGE CORPOR     UNSECURED      NOT FILED              .00            .00
SALLIE MAE LSCF            UNSECURED      NOT FILED              .00            .00
WILSHIRE CREDIT CORP       UNSECURED      NOT FILED              .00            .00
SELECT PORTFOLIO SERVICI   SECURED NOT I   48291.43              .00            .00
SELECT PORTFOLIO SERVICI   SECURED NOT I    5480.40              .00            .00
ISAC                       UNSECURED        46594.32             .00            .00
GMAC                       UNSECURED        10308.39             .00            .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY      1,964.00                        1,722.87
TOM VAUGHN                 TRUSTEE                                            149.60
DEBTOR REFUND              REFUND                                             583.59

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                       RECEIPTS             DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                 2,771.12


              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 03246 CARMINA P RUPERT
```

```
PRIORITY                                                              .00
SECURED                                                            311.89
    INTEREST                                                         3.17
UNSECURED                                                             .00
ADMINISTRATIVE                                                   1,722.87
TRUSTEE COMPENSATION                                               149.60
DEBTOR REFUND                                                      583.59
                                    ---------------    ---------------
TOTALS                                     2,771.12           2,771.12
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
    Dated: 01/25/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```